JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 97–8412 (A–711). JONES v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 97–8413 (A–712). JONES v. CROSBY, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 96–8926. CARSON v. CHARTER MEDICAL, 522 U. S. 827;

No. 97–365. BRANDT v. SHOP 'N SAVE WAREHOUSE FOODS, INC., 522 U. S. 1075;

No. 97–404. FISHER v. VASSAR COLLEGE, 522 U. S. 1075;

No. 97–499. FELTMANN v. SIEBEN, INC., DBA PLAZA MOTORS, 522 U. S. 1075;

No. 97–602. BANKS v. UNITED STATES, 522 U. S. 1075;

No. 97–817. MARTIN v. GOODYEAR AUTO SERVICE CENTER, 522 U. S. 1077;

No. 97–5757. GRAVETTE v. UNITED STATES, 522 U. S. 999;

No. 97–5823. JORDAN v. UNITED STATES, 522 U. S. 923;

No. 97–6082. GAITHER v. FRENCH, WARDEN, 522 U. S. 1053;

No. 97–6277. MONROE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 522 U. S. 1003;

No. 97–6472. MOORE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., 522 U. S. 1078;

No. 97–6486. RODRIGUEZ v. WATTS ET AL., 522 U. S. 1032;

No. 97–6567. AKPAETI v. FLORIDA DISTRICT COURT OF APPEAL, THIRD DISTRICT; and AKPAETI v. TERRANOVA CORP., 522 U. S. 1092;

No. 97–6626. POOLE v. WHITEHURST ET AL., 522 U. S. 1057;

No. 97–6682. DENNEY v. JONES, 522 U. S. 1059;

No. 97–6696. SIMMONS v. GTE NORTH, INC., ET AL., 522 U. S. 1059;

No. 97–6701. VICENTE-GUZMAN v. IMMIGRATION AND NATURALIZATION SERVICE, 522 U. S. 1059;